```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                       Case No. 15-16637-jkf
Melissa D. Toth                                              Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2            Date Rcvd: Dec 18, 2015
                              Form ID: 318           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2015.
db             +Melissa D. Toth,    109 Seventh Street,    Apartment 5,    Bridgeport, PA 19405-1169
13597335       +Commonwealth of PA,    Office of UC Benefits,    Claimant Services,    P.O. Box 67503,
                 Harrisburg, PA 17106-7503
13597327       +Daniel T. McGrory, Esquire,    Pizonka, Reilley, Bello & McGrory, P.C.,    144 E. DeKalb Pike,
                 Suite 300,   King of Prussia, PA 19406-2150
13597337       +Diversified Adjustment Service, Inc.,    600 Coon Rapids Drive,    Minneapolis, MN 55433-5549
13597338       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13597340        Hayt, Hayt & Landau, LLC,    Meridian Center I,    Two Industrial Way West,    P.O. Box 500,
                 Eatontown, NJ 07724-0500
13597343        Jorge M. Pereira, Esquire,    101 N. Cedar Crest Blvd.,    Unit 2,    Allentown, PA 18104-4769
13597344        Keystone Center,    2001 Providence Avenue,    Chester, PA 19013-5504
13597346       +Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13597347       +Philadelphia Fire Dept. - EMS,    1105 Schrock Road,    Suite 610,   Columbus, OH 43229-1158
13597349        Satander Consumer USA,    P.O. Box 105255,    Atlanta, GA 30348-5255
13597352        Van Ru Credit Corporation,    1350 E. Touhy Avenue,    Suite 300E,   Des Plaines, IL 60018-3342
13597353       +Verizon,    P.O. Box 5029,   Wallingford, CT 06492-7529
13597354       +Verizon Wireless,    5000 Britton Parkway,    Hilliard, OH 43026-9445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 19 2015 01:47:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2015 01:45:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2015 01:46:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13597329       +EDI: RMCB.COM Dec 19 2015 01:28:00     American Medical Collection Agency,
                 4 Westchester Plaza,    Building 4,   Elmsford, NY 10523-1612
13597330       +EDI: TSYS2.COM Dec 19 2015 01:28:00     Barclays Bank Delaware,    700 Prides Xing,
                 Newark, DE 19713-6102
13597331       +E-mail/Text: banko@berkscredit.com Dec 19 2015 01:45:18     Berks Credit & Collections Inc,
                 900 Corporate Drive,    Reading, PA 19605-3340
13597332       +EDI: CAPITALONE.COM Dec 19 2015 01:28:00     Capital One Bank USA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
13597333       +E-mail/Text: bankruptcy@cavps.com Dec 19 2015 01:46:43     Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
13597334       +EDI: CHASE.COM Dec 19 2015 01:28:00     Chase Card Services,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
13597336       +EDI: CCS.COM Dec 19 2015 01:28:00     Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3246
13597339       +EDI: AMINFOFP.COM Dec 19 2015 01:28:00     First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
13597341       +EDI: HFC.COM Dec 19 2015 01:28:00     HSBC Bank,    P.O. Box 9,   Buffalo, NY 14240-0009
13597342        EDI: JEFFERSONCAP.COM Dec 19 2015 01:28:00     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
13597345       +EDI: MID8.COM Dec 19 2015 01:28:00     Midland Funding,    8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
13597348       +E-mail/Text: bk@rgsfinancial.com Dec 19 2015 01:45:09     RGS Financial,    1700 Jay Ell Drive,
                 Suite 200,   Richardson, TX 75081-6788
13597350       +EDI: SWCR.COM Dec 19 2015 01:28:00     Southwest Credit Systems,    4120 International Parkway,
                 #1100,   Carrollton, TX 75007-1958
13597350       +E-mail/Text: bankruptcy@sw-credit.com Dec 19 2015 01:46:28     Southwest Credit Systems,
                 4120 International Parkway,    #1100,   Carrollton, TX 75007-1958
13597351       +EDI: RMSC.COM Dec 19 2015 01:28:00     Synchrony Bank/Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13597328*      +Melissa D. Toth,    109 Seventh Street,    Apartment 5,    Bridgeport, PA 19405-1169
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 18, 2015
                              Form ID: 318             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2015 at the address(es) listed below:
              DANIEL T. MCGRORY    on behalf of Debtor Melissa D. Toth dmcgrory@pmrbm.com
              GARY F SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Melissa D. Toth** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0624** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **15–16637–jkf** | | |

# Order of Discharge                                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa D. Toth

12/17/15                                                **By the court:**   Jean K. FitzSimon
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**